IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

Case No.: 2:10CR000257-01

SHATONYA DENNIS

**ORDER**

AND NOW, THIS 14 to DAY OF July, 2014, IT IS HEREBY ORDERED that the Office of the Clerk of Courts, Eastern District of Pennsylvania shall return the U.S. Passport directly to Shatonya Dennis.

BY THE COURT

_____
Mary A. McLaughlin
U.S. District Court Judge